IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| CHINA LONON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CV 319-011 |
| CINDY L. SMITH; PHIL HALL; NATHAN BROOKS; CATHY LEWIS; and DOCTOR CHENEY, | ) ) ) ) |
| Defendants. | ) |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DISMISSES** from this case Defendants Smith, Hall, Brooks, and Lewis, along with all official capacity claims for money damages. The case shall proceed based on Plaintiff's allegations of deliberate indifference raised against Defendant Cheney, as described in the Magistrate Judge's March 19, 2019 Order.

SO ORDERED this 15th day of April, 2019, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE